# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00639-CV

**Kelli Hinojosa and Rogelio Hinojosa, both individually and on behalf of The Estate of Bryan Hinojosa, Appellants**

**v.**

**Columbia/St. David≤s Healthcare System, L.P. d/b/a South Austin Hospital; Paul Locus, M.D.; and Central Texas Obstetrics and Gynecological Associates, PA, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. GN203383, HONORABLE PETE LOWRY, JUDGE PRESIDING

--------------------
### CONCURRING OPINION
--------------------

I concur in the judgment only.


                                        Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Filed:   May 8, 2003